**Petition for Writ of Mandamus Denied and Memorandum Opinion filed April 1, 2014.**



In The

# Fourteenth Court of Appeals

## NO. 14-14-00195-CV

### IN RE ALI CHOUDHRI, Relator

ORIGINAL PROCEEDING
WRIT OF MANDAMUS
190th District Court
Harris County, Texas
Trial Court Cause No. 2012-27197

## MEMORANDUM OPINION

On March 10, 2014, relator Ali Choudhri filed a petition for writ of mandamus in this Court. *See* Tex. Gov't Code § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this Court to compel the Honorable Patricia Kerrigan, presiding judge of the 190th District Court of Harris County, to vacate her order dated March 4, 2014 overruling relator's objections to the Special Master's order compelling the production of relator's tax returns.

Relator has not satisfied his burden to demonstrate entitlement to mandamus relief. Accordingly, we deny relator's petition for writ of mandamus. We also lift our stay granted on March 10, 2014.

PER CURIAM

Panel consists of Justices Christopher, Jamison, and Brown.